# United States District Court
# For The Western District of North Carolina
# Statesville Division

ABT, INC.,

    Plaintiff(s),

vs.

SPORTSFIELD SPECIALTIES, INC.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:10CV10

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 8, 2011, Order.

Signed: July 8, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court